IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PAUL BERGAD, Individually and on  　　No.: 2:19-cv-1228-MRH
Behalf of All Others Similarly Situated,

　　　　　Plaintiff,

v.

2KREW SECURITY & SURVEILLANCE,

　　　　　Defendant.

## ORDER

AND NOW, this 16th day of January, 2020, upon consideration of the parties' Stipulation of Dismissal, it is hereby ORDERED, ADJUDGED and DECREED that, pursuant to Federal Rule of Civil Procedure 41 (a)(2), this action is dismissed with prejudice and with each party baring its own costs.

BY THE COURT:

_____
Chief Judge Mark R. Hornak